UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY DEREMER et al.,

    Plaintiffs,

v.                                                        CASE NO: 8:04-cv-1633-T-23TBM

AMERICAN WATER SERVICES
OPERATIONS AND MAINTENANCE,
INC., et al.,

    Defendants.
_____/

## ORDER

The plaintiff files a notice (Doc. 28) of settlement. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on May 16, 2005.

                                                    STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy