UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY DEREMER et al.,

    Plaintiffs,

v.                                     CASE NO: 8:04-cv-1633-T-23TBM

AMERICAN WATER SERVICES
OPERATIONS AND MAINTENANCE,
INC., et al.,

    Defendants.
_____/

## **ORDER**

The parties jointly move (Doc. 30) for dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. Accordingly, the motion (Doc. 30) is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on June 17, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy